UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL CELESTINE     CIVIL ACTION

VERSUS     NO: 15-1353

MARLIN N. GUSMAN, SHERIFF     SECTION: R(1)

## ORDER AND REASONS

Pro se litigant Michael Celestine filed this 42 U.S.C. § 1983 civil rights action, complaining about the conditions of his confinement.[1] The Magistrate Judge recommends that Celestine's complaint be dismissed.[2] Celestine did not file objections to the Magistrate Judge's findings. Having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation (R&R), the Court approves the R&R and adopts it as its opinion.

New Orleans, Louisiana, this ____1st____ day of December, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]     R. Doc. 1.

[2]     R. Doc. 10.